Cause No.12-0381X

FILED FOR RECORD
HARRISON COUNTY, TEXAS
CLERK DISTRICT COURT

2015 JAN -8 PM 12: 25

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | FILED IN 6th COURT OF APPEALS |
| vs. | § | TEXARKANA, TEXAS |
| | § | HARRISON COUNTY, TEXAS |
| | § | DEBBIE AUTREY |
| MICHAEL HOLT | § | 71ST JUDICIAL DISTRICT Clerk |

## NOTICE OF APPEAL

Defendant MICHAEL HOLT files this notice of appeal to the Sixth District Court of Appeals of the conviction and sentence in the above cause.

RESPECTFULLY SUBMITTED,

SCOTT RECTENWALD
110 W. Fannin
Marshall, TX 75670
(903) 938-3300
(903) 938-3310 fax
TX Bar # 00794510

Scott Rectenwald,
Attorney for Defendant

## Certificate of Service

The undersigned hereby certifies that a true and correct copy of the foregoing motion was delivered to the State on January 8, 2015 by hand delivery to the Harrison County District Attorney's Office, 200 W. Houston, Marshall, Texas 75670.